NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CISCO SYSTEMS, INC.,**
*Appellant*

**v.**

**ARISTA NETWORKS, INC.,**
*Appellee*

_____

2017-2384

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00309.

_____

**JUDGMENT**

_____

JOHN C. O'QUINN, Kirkland & Ellis LLP, Washington, DC, argued for appellant. Also represented by CALVIN ALEXANDER SHANK, JASON M. WILCOX.

MATTHEW D. POWERS, Tensegrity Law Group, LLP, Redwood City, CA argued for appellee. Also represented by WILLIAM P. NELSON; LAUREN ANN DEGNAN, CHRISTOPHER DRYER, MICHAEL J. MCKEON, RALPH ADAM PHILLIPS, ANDREW L. SCHRADER, Fish & Richardson, PC, Washington, DC; STEVEN KATZ, Boston, MA.

-----------------------

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* SCHALL and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 14, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court